| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED |
|---|---|
| Eric Hatteberg <br> 2322 Calle Almirante <br> San Clemente, CA. 92673 <br> (949) 370-0051 <br> ATTORNEY(S) FOR: | 2019 JUL 24 PM 2:08 <br> CLERK U.S. DISTRICT COURT <br> CENTRAL DIST. OF CALIF. <br> SANTA ANA <br> BY ___ DV |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Eric Hatteberg, an Individual, <br> Plaintiff(s), <br> v. <br> Capital One Bank (USA), N.A., <br> Assignee of HSBC Bank Nevada, N.A. <br> Defendant(s) | CASE NUMBER: <br> SACV 19 - 01425 DOC (KESx) <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Eric Hatteberg** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Capital One Bank (USA), N.A., <br> Assignee of HSBC Bank Nevada, N.A. | Defendant |

7-24-19
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Eric Hatteberg

CV-30 (05/13)        NOTICE OF INTERESTED PARTIES