AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

Eric Hatteberg, an individual

_Plaintiff(s)_

v.

Capital One Bank (USA), N.A.,
Assignee of HSBC Bank Nevada, N.A.

_Defendant(s)_

Civil Action No.

SACV 19 - 01425 DOC (KESx)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Capital One Bank (USA), N.A., Assignee of
HSBC Bank Nevada, N.A.
c/o Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, VA. 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric Hatteberg
2322 Calle Almirante
San Clemente, CA. 92673

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 24, 2019

D. Vo
1146
_Signature of Clerk or Deputy Clerk_