1 | Eric Hatteberg
2 | 2322 Calle Almirante
3 | San Clemente, CA  92673
4 | 949-370-0051
5 | Plaintiff in Pro Per



FILED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Eric Hatteberg, an individual, | Case No.: 8:19-cv-01425- DOC-KESx |
|---|---|
| Plaintiff, | **NOTICE OF PROOF OF SERVICE** |
| vs. | **AS TO DEFENDANT CAPITAL** |
| CAPITAL ONE BANK (USA), N.A. | **ONE BANK (USA), N.A.** |
| Defendant(s) | |
| | Hon. Judge David O. Carter |

Plaintiff has served all required case initiating documents to Defendant CAPITAL ONE BANK (USA), N.A. ("CAPITAL ONE") through a process server and attaches proof herewith.

1. The following documents ("the case initiating documents") were served to Defendant CAPITAL ONE in the above-mentioned matter:

1

a. Civil Cover Sheet

b. Summons

c. Complaint

d. Certification and Notice of Interested Parties

e. Notice of Parties to Court-directed ADR Program

f. Notice of Assignment to Magistrate Judge

g. Notice of Standing Order

Respectfully submitted on this day of __9-3-2019__

_[signature]_

Eric Hatteberg, Plaintiff, Pro Se

2322 Calle Almirante

San Clemente, CA 92673

(949) 370-0051

gabwitheric@gmail.com

PROOF OF SERVICE AS TO DEFENDANT CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

Eric Hatteberg, an individual

Plaintiff(s)

v.

Capital One Bank (USA), N.A., Assignee of HSBC Bank Nevada, N.A.,

Defendant(s)

Civil Action No. **SACV 19 - 01425 DOC (KESx)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Capital One Bank (USA), N.A., Assignee of HSBC Bank Nevada, N.A.
c/o Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, VA. 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric Hatteberg
2322 Calle Almirante
San Clemente, CA. 92673

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 24, 2019

D. Vo   1146
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:19-cv-01425-DOC-KES

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Capital One Bank (USA), N.A. c/o Corporation Service Company was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Renee Nordquist , who is designated by law to accept service of process on behalf of *(name of organization)* Capital One Bank (USA), N.A. c/o Corporation Service Company on *(date)* Mon, Aug 19 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 8/19/2019

_____
*Server's signature*

Peyton Eastwood
_____
*Printed name and title*

10310 Beechgrove Drive, Chesterfield, VA 23832
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 19, 2019, 2:34 pm EDT at Corporate: 100 Shockoe Slip 2nd Floor, Richmond, VA 23219 received by Renee Nordquist. Age: 50s; Ethnicity: Caucasian; Gender: Female; Weight: 190; Height: 5'9"; Hair: Blond; Relationship: Authorized Agent;

DOCUMENTS SERVED: Summons; Complaint; Exhibits; Initial Standing Order Following Assignment of Civil Case to Judge Carter; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Civil Cover Sheet

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   Beverley L. Crump      Rene Nordquist
   Linda B. Liles         Dustin Kline
   Donna Creekmore

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 7 day of January 2019.

CORPORATION SERVICE COMPANY
BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 7 day of January 2019, by George A. Massih III.

_____
Notary Public

My Commission Expires: 6-16-20