Marcos D. Sasso (SBN 228905)
sassom@ballardspahr.com
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
  CAPITAL ONE BANK (USA) N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HATTEBERG,<br><br>                    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>                    Defendant. | Case No. 8:19-cv-01425-DOC-KES<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint Served:**<br>**August 19, 2019**<br>**Current response date:**<br>**September 9, 2019**<br>**New response date:**<br>**October 9, 2019** |

Plaintiff Eric Hatteberg ("Plaintiff") and defendant Capital One Bank (USA) N.A., ("Capital One"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, based upon the date of service, the current deadline for Capital One to respond to the initial complaint is September 9, 2019;

WHEREAS, the parties, *pro se* and through counsel, have agreed pursuant to Local Rule 8-3 to a 30-day extension of time for Capital One to respond to the initial Complaint; and

WHEREAS, this is the first stipulation extending the response date for Capital One, and this stipulated extension does not extend the time for Capital One to respond to the complaint by more than a cumulative total of thirty (30) days.

WHEREFORE, Plaintiff and Capital One stipulate as follows:

1. The time for Capital One to respond to the Complaint by answer, motion or otherwise is extended 30 days up to and including October 9, 2019.

2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

DATED: September 6, 2019  BALLARD SPAHR LLP
MARCOS D. SASSO

BY: */s/ Marcos D. Sasso*
Marcos D. Sasso

Attorneys for Defendant,
CAPITAL ONE BANK (USA) N.A.

DATED: September 6, 2019  ERIC HATTEBERG

BY: */s/ Eric Hatteberg*
Eric Hatteberg

*Plaintiff Pro Se*

DMEAST #38787719 v1

L.R. 8-3 STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1  I, Marcos D. Sasso, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that Eric Hatteberg, on
2  whose behalf the filing is submitted, concurs in the filing's content and has
   authorized the filing.
3
                                          _____*/s/ Marcos D. Sasso*_____
4

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is **BALLARD SPAHR LLP**, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909. On September 6, 2019, I served the within documents:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

- ☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ **BY E-MAIL:** by attaching an electronic copy of the document(s) listed above to the e-mail address listed below.

- ☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

- ☐ **BY PERSONAL DELIVERY:** by causing personal delivery by FIRST LEGAL, INC. of the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Eric Hatteberg<br>2322 Calle Alminrante<br>San Clement, CA 92673<br>gabwitheric@gmail.com | *Plaintiff Pro Se* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 6, 2019 at Los Angeles, California.

_Shari L. Green_

DMEAST #38787719 v1