Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HATTEBERG, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CAPITAL ONE BANK (U.S.A.), N.A., assignee of HSBC Bank Nevada, N.A. <br><br> Defendant. | Civil Action No. 8:19-cv-01425-DOC-KES <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT CAPITAL ONE BANK (USA), N.A.'S MOTION TO DISMISS THE COMPLAINT** |

After consideration of the pleadings, briefs, and oral argument presented, as well as all other matters presented to the Court, the Court Rules as follows:

The Court finds that Plaintiff's Complaint fails to state a claim upon which relief can be granted. The Court therefore GRANTS Defendant Capital One Bank (USA) N.A.'s Motion to Dismiss the Complaint without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

DATED: _____

Hon. David O. Carter
United States District Court Judge

DMEAST #39066855 v1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE COMPLAINT