FILED

2019 NOV -4  AM 10: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY___SA/___

Eric Hatteberg
2322 Calle Almirante
San Clemente, CA 92673
949-370-0051
Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Hatteberg, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A. ASSIGNEE OF HSBC BANK NEVADA, N.A.,<br><br>    Defendant. | Case No.: 8:19-cv-01425-DOC-KES<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSTION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>**Date:** November 25, 2019<br>**Time:** Monday, 8:30am<br>**Room:** 9D<br>**Hon. Judge David O. Carter** |

I, Eric Hatteberg, declare as follows:

    1.    I am the Plaintiff in the above entitled case.

    2.    I have personal knowledge of the facts, and if called as a witness, I

Plaintiff's Declaration in Support of Opposition to Motion to Dismiss

1 | could and would competently testify thereto.

2 |     3.    I filed a complaint against the above-named defendant on July 24, 2019 (Dkt. 1).

4 |     4.    I received a phone call from defendant's counsel prior to the NOTICE of a MOTION TO DISMISS filed by the defendant on October 9, 2019 (Dkt. 9).

6 |     5.    I researched the cases cited by defendant in the motion to dismiss, and filed an OPPOSITION on October 22, 2019 (Dkt. 13), which included my arguments in support of the opposition.

9 |     6.    I found a document pulled from the web titled "How to Oppose a Motion" after I already filed my opposition, and saw that it requires a declaration. (See Exhibit 1, page 1).

12 |     7.    I am within the timeline of 21 days before the hearing date for filing such declaration (See Exhibit 1, page 4).

14 |     8.    I can testify that I sent demand letters, an affidavit, and a NOTICE OF DENIAL to defendant, as stated in the complaint and in the opposition.

16 |     9.    I can testify that I received phone calls from defendant on my mobile number without my consent, as stated in the complaint and in the opposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/4/2019__, In __San Clemente, CA__

Respectfully submitted,

_(signature)_

Eric Hatteberg, Pro Se Plaintiff
2322 Calle Almirante
San Clemente, CA 92673
949-370-0051
gabwitheric@yahoo.com

## CERTIFICATE OF SERVICE

I, Eric Hatteberg, filed with the clerk of the Court on November 4, 2019, the DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS, with the Exhibit, and sent a copy to counsel on record via postal mail.

BALLARD SPAHR LLP
Marcos D. Sasso (State Bar No. 228905)
sassom@ballardspahr.com
2029 Century Park East, Suite 800
Los Angeles, CA  90067
Telephone: 424-204-4400
Attorneys for Defendant CAPITAL ONE BANK (USA) N.A. ASSIGNEE OF HSBC BANK NEVADA, N.A.


Eric Hatteberg, Pro Se Plaintiff
2322 Calle Almirante
San Clemente, CA  92673
949-370-0051
gabwitheric@yahoo.com

# Exhibit 1

Revised: August 2011



# Federal *Pro Se* Clinic
### CENTRAL DISTRICT OF CALIFORNIA

## ◘ How to Oppose a Motion ◘

Under the Local Rules of the U.S. District Court for the Central District of California, any opposition to a motion must be filed no later than **21 days before the hearing date** set for the motion. If you do not oppose a motion, the Court is free to grant it. To oppose a motion, you will need to prepare the following documents:

1) Memorandum of Points and Authorities in Opposition to Motion
2) Declaration in Support of Opposition to Motion
3) Proof of Service by Mail

A sample of each document you need for an opposition is included in this packet.

## Description of Each Document

1) **Memorandum of Points and Authorities in Opposition to Motion**
   The Memorandum of Points and Authorities includes any legal authorities and arguments that support your opposition to the motion. The Memorandum of Points and Authorities must not exceed **25 pages**.

2) **Declaration in Support of Opposition to Motion**
   A Declaration is a sworn statement to the Court where you write the facts that support your opposition.

3) **Proof of Service by Mail**
   In this document, you or someone else will swear to the Court that you have mailed a copy of the opposition documents to the opposing counsel.

## The Hearing Date

The party making the motion ("the moving party") must set a hearing date for the motion. As explained above, the deadline to oppose the motion is **21 days before the hearing date**. The date, time, and location of the hearing should be listed on the first page of each motion document, just underneath the title of the motion. When you file your opposition, you should list the same hearing information on each of your opposition documents (see the sample on the next page). **Note, however, that judges will often move a scheduled hearing date or cancel the hearing altogether and decide the motion based only on the written documents.**

Federal *Pro Se* Clinic • U.S. Courthouse, 5th Floor • 312 N. Spring St., Room 525 • Los Angeles, CA 90012
Open on Mondays, Wednesdays, and Fridays, by appointment only. Appointment requests taken at 9:30 a.m. First come, first served.

**THE FEDERAL *PRO SE* CLINIC IS A PROJECT OF PUBLIC COUNSEL, A NON-PROFIT PUBLIC INTEREST LAW FIRM.**

1



Typical Motion Timeline in the Central District of California

Revised: August 2011

**MOTION:** A motion must be filed and served at least **31 days** before the hearing date.

**OPPOSITION:** The opposition to the motion is due **21 days** before the hearing date.

**REPLY:** The reply to the opposition is due **14 days** before the hearing date.

**Meet and Confer**

**Hearing Date**

**File and Serve Written Arguments about the Motion**

**FOR MOTIONS WITHOUT DEADLINES:** The party making the motion meets and confers with the opposing party at least **10 days before filing and serving the motion.**

**FOR MOTIONS WITH DEADLINES:** The party making the motion meets and confers with the opposing party at least **5 days before filing and serving the motion.**

**MOTION HEARING DATE:** The Court often cancels the hearing and decides the motion based on the written filings. The date is important, however, because it sets the deadlines for the Opposition and the Reply. If the Court moves the hearing date, the deadlines for the Opposition and the Reply are calculated based on the new hearing date.

Federal *Pro Se* Clinic • U.S. Courthouse, 5th Floor • 312 N. Spring St., Room 525 • Los Angeles, CA 90012
Open on Mondays, Wednesdays, and Fridays, by appointment only. Appointment requests taken at 9:30 a.m. First come, first served.

THE FEDERAL *PRO SE* CLINIC IS A PROJECT OF PUBLIC COUNSEL, A NON-PROFIT PUBLIC INTEREST LAW FIRM.

4