Marcos D. Sasso (State Bar No. 228905)
sassom@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

*Attorneys for Defendant*
 *Capital One Bank (USA), N.A.*
*erroneously sued as Capital One Bank*
*(U.S.A.), N.A., assignee of HSBC Bank*
*Nevada, N.A.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ERIC HATTEBERG, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE BANK (U.S.A.), N.A., assignee of HSBC Bank Nevada, N.A.<br><br>Defendant. | Civil Action No. 8:19-cv-01425-DOC-KESx<br><br>**REPLY MEMORANDUM OF DEFENDANT CAPITAL ONE BANK (USA), N.A.'S MOTION TO DISMISS THE COMPLAINT**<br><br>Date:  November 25, 2109<br>Time: 9:00 a.m.<br>Courtroom: 9D<br>Judge:  Hon. David O. Carter<br><br>Action Filed:<br>Trial Date: None Set |

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400

DMEAST #39307997 v2

DEFENDANT CAPITAL ONE BANK (USA), N.A. REPLY TO MOTION TO DISMISS

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400

# REPLY MEMORANDUM OF POINTS AND AUTHORITIES

## I.    PRELIMINARY STATEMENT

Plaintiff's brief in opposition to Capital One's motion to dismiss only serves to confirm that Plaintiff's Complaint is deficient and should be dismissed.  Beyond reiterating the fatal flaws of his Complaint, Plaintiff fails to adequately address Capital One's argument that his FDCPA claim fails because Capital One is not a debt collector as a matter of law.

Similarly deficient is Plaintiff's defense of his claim under the TCPA.  He offers only the same scant and conclusory allegations concerning Capital One's supposed use of an automatic telephone dialing system ("ATDS"), thus dooming his TCPA claim.

Accordingly, the Complaint should be summarily dismissed with prejudice and without leave to amend.[1]

## II.    LEGAL ARGUMENT

### A.    Plaintiff's Defense of His Defective FDCPA Claim is Misplaced.

As explained in Capital One's opening memorandum, Plaintiff's FDCPA claim fails as a matter of law because Capital One is a creditor, not a debt collector, and therefore the FDCPA does not apply.  *See* Capital One Mem. at pp. 2-4.

Plaintiff's opposition does not adequately address this flaw.  Rather, Plaintiff claims that his use of the phrase "debt collector" and "servicer" throughout his Complaint, and vague references to third party investment into the company, somehow subjects Capital One to the prohibitions of FDCPA.  However, that is not the law, and no amendment to Plaintiff's Complaint can cure this defect.  *See* Pl. Br. at pp. 5-15, Plaintiff has not alleged, and cannot allege, any facts suggesting that Capital One is a debt collector subject to the FDCPA.  As a result, the FDCPA claim

---

[1]    Indeed, because Plaintiff offers no justification for his FDCPA claim whatsoever, Capital One should be entitled to attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3) for Plaintiff's bad faith claim.

DMEAST #39307997 v2                                    1

DEFENDANT CAPITAL ONE BANK (USA), N.A. REPLY TO MOTION TO DISMISS

1   fails as a matter of law and Plaintiff's claim should be dismissed with prejudice.  15

2   U.S.C. § 1692(a)(6); *see, e.g.*, *Smith v. Capital One Fin. Corp.*, No. C 11-03425,

3   2012 U.S. Dist. LEXIS 66445 at *6-8 (C.D. Cal. May 11, 2012) (dismissing

4   FDCPA claim with prejudice).

5   ### B.   <u>**Plaintiff Has Not Sufficiently Alleged Use of an ATDS.**</u>

6         While Plaintiff argues that he has adequately alleged the use of an ATDS by

7   Capital One, *see* Pl. Br. at pp. 16-18, the allegations set forth in the Complaint are

8   anything but adequate.  To the contrary, Plaintiff's generic and conclusory

9   allegations regarding the use of an ATDS are precisely the type rejected by the

10  courts.  *See* Capital One Mem. At p. 5 (citing cases).

11        Here, unlike in the cases cited by Plaintiff, the Complaint does not

12  sufficiently detail the content of Defendant's calls with or messages to Plaintiff, or

13  even explain if all such calls and/or messages were the same.  Nor does Plaintiff

14  otherwise "explain why or how Plaintiff knows that an ATDS was used." *Aikens v.*

15  *Synchrony Fin. d/b/a Synchrony Bank*, No. 15-10058, 2015 U.S. Dist. LEXIS

16  115467, at *3 (E.D. Mich. July 31, 2015) *report and recommendation adopted*, 2015

17  U.S. Dist. LEXIS 115023, at *1 (E.D. Mich. Aug. 31, 2015).  Absent such

18  allegations, the Court should dismiss Plaintiff's claim as improperly pled.  *See, e.g.*,

19  *Padilla v. Whetstone Partners, LLC*, No. 14-21079-CIV, 2014 U.S. Dist. LEXIS

20  95308, at *5-6 (S.D. Fla. July 14, 2014) (dismissing plaintiff's TCPA claim because

21  plaintiff "d[id] not elaborate on the content of the pre-recorded message . . . [or]

22  whether there was a pause upon his answering the call . . . [or] the content of the

23  pre-recorded messages . . . or any other fact that would support his conclusory

24  allegation that he received calls from an automatic telephone dialing system").

25

26

27

28

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400

DMEAST #39307997 v2                              2

DEFENDANT CAPITAL ONE BANK (USA), N.A. REPLY TO MOTION TO DISMISS

## III.  <u>CONCLUSION</u>

For all of the foregoing reasons as well as those stated in its opening paper,

Capital One respectfully requests  Plaintiff's Complaint be dismissed with prejudice.

DATED:  November 8, 2019                    BALLARD SPAHR LLP

                                            */s/ Marcos D. Sasso*
                                              Marcos D. Sasso

                                            Attorneys for Defendant
                                            Capital One Bank (USA), N.A.

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400

DMEAST #39307997 v2                          3

DEFENDANT CAPITAL ONE BANK (USA), N.A. REPLY TO MOTION TO DISMISS