Marcos D. Sasso (SBN 228905)
sassom@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Counsel for Defendant
Capital One Bank (USA), N.A.
erroneously sued as Capital One Bank
(U.S.A.), N.A., assignee of HSBC Bank
Nevada, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HATTEBERG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (U.S.A.), N.A., assignee of HSBC Bank Nevada, N.A.<br><br>Defendant. | Case No. Case No.: 8:19-cv-01425-DOC-KES<br><br>**NOTICE OF PROPOSED SETTLEMENT** |

# NOTICE OF TENTATIVE SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, Eric Hatteberg, ("Plaintiff"), and Defendant CAPITAL ONE BANK (USA), N.A., ("CAPITAL ONE"),[1] have reached a tentative settlement in the above captioned matter.

Plaintiff and CAPITAL ONE anticipate finalizing the settlement agreement within thirty (30) days, at which time Plaintiff and counsel plan to file a Joint Stipulation of Dismissal with prejudice, thereby resolving all of Plaintiff's claims pursuant to the causes of action against CAPITAL ONE.

Plaintiff and counsel request that the Court retain its jurisdiction regarding CAPITAL ONE, until the filing of the Joint Stipulation of Dismissal pursuant to F.R.Civ.P.41(a)(1)(A)(ii).

DATED: December 4, 2019                 By: */s/ Eric Hatteberg*
                                            Eric Hatteberg

                                        Plaintiff Pro Se


DATED: December 4, 2019                 BALLARD SPAHR LLP


                                        By: */s/ Marcos D. Sasso*
                                            Marcos D. Sasso

                                        Attorney for Defendant
                                        Capital One Bank (USA), N.A.
                                        erroneously sued as Capital One Bank
                                        (U.S.A.), N.A., assignee of HSBC Bank
                                        Nevada, N.A.

---

[1] Capital One's position is that it was erroneously sued as "Capital One Bank (USA), N.A., Assignee of HSBC Bank Nevada, N.A."

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2019, I electronically filed a true and correct copy of the foregoing **NOTICE OF PROPOSED SETTLEMENT** through the Court's CM/ECF system, which will send a notice of electronic filing to the following:

Eric Hatteberg
2322 Calle Alminrante
San Clement, CA 92673
gabwitheric@gmail.com

*Plaintiff Pro Se*

*/s/ Marcos D. Sasso*
Marcos D. Sasso

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400

DMEAST #39600365 v1

NOTICE OF PROPOSED SETTLEMENT