FILED
2020 JAN -2 PM 2:35
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY____EV_____

Eric Hatteberg
2322 Calle Almirante
San Clemente, CA 92673
949-370-0051
Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Hatteberg, an individual,<br>   Plaintiff,<br>vs.<br>CAPITAL ONE BANK (USA), N.A. ASSIGNEE OF HSBC BANK NEVADA, N.A.,<br>   Defendant. | Case No.: 8:19-cv-01425-DOC-KES<br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CAPITAL ONE BANK (USA), N.A.**<br>F.R.Civ.P. 41(a)(1)(A)(ii)<br><br>**Hon. Judge David O. Carter** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Eric Hatteberg, ("Plaintiff"), and Defendant CAPITAL ONE BANK (USA), N.A. ("CAPITAL ONE"), submit this Joint Stipulation for Dismissal with prejudice pursuant to **F.R.Civ.P.41(a)(1)(A)(ii).**

Plaintiff and CAPITAL ONE, in the above mentioned caption, have finalized their settlement agreement on December 31, 2019 thereby resolving all of Plaintiff's claims against CAPITAL ONE.

1

JOINT STIPULATION OF DISMISSAL/ Case# 8:19-cv-01425-DOC-KES

Based on the foregoing, Plaintiff and CAPITAL ONE hereby stipulate that the entire action, and all claims pertaining to Defendant CAPITAL ONE, be dismissed with prejudice pursuant to F.R.Civ.P.41(a)(1)(A)(ii).

Respectfully submitted on this day of JAN. 2, 2020

Dated 1-2-20

By _____
Eric Hatteberg, Plaintiff, Pro Se
2322 Calle Almirante
San Clemente, CA. 92673
(949)370-0051
gabwitheric@gmail.com

Dated January 2, 2020

By /s/ Marcos D. Sasso

Marcos D. Sasso (State Bar No. 228905)
sassom@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

*Attorneys for Defendant
Capital One Bank (USA), N.A. erroneously sued as Capital One Bank (U.S.A.), N.A., assignee of HSBC Bank Nevada, N.A.*

### CERTIFICATE OF SERVICE

I, Eric Hatteberg, filed with the clerk of the court, the above NOTICE on January 2, 2020, and sent a copy to counsel on record via postal mail.

Marcos D. Sasso
Attorney for Capital One
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
(424)204-4400
sassom@ballardspahr.com

Eric Hatteberg, Plaintiff, Pro Se
2322 Calle Almirante
San Clemente, CA. 92673
(949)370-0051
gabwitheric@gmail.com